**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Kandice Marie Kroplenicki, § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | Civil Action H-20-3377 | |
| § | | |
| Kilolo Kijakazi, § | | |
| Commissioner of the Social § | | |
| Security Administration, § | | |
| *Defendant*. § | | |

## ORDER OF ADOPTION

On September 6, 2022, Magistrate Judge Peter Bray recommended that Kandice Marie Kroplenicki's motion for summary judgment be denied and Defendant's cross-motion for summary judgment be granted. (D.E. 24.) Plaintiff filed objections. (D.E. 25.) Plaintiff's objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The Commissioner's final decision is affirmed. The court will issue a separate final judgment.

Signed on September 22, 2022, at Houston, Texas.

David Hittner
United States District Judge